UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1: CALVIN ZASTROW,
D2: CHESTER GALLAGHER,
D3: HEATHER IDONI,
D5: JOEL CURRY,
D6: JUSTIN PHILLIPS,
D7: EVA EDL, and
D8: EVA ZASTROW,

    Defendants.

Case No. 23-cr-20100
Hon. Matthew F. Leitman

_____/

## VERDICT FORM

As to **Count One** of the Indictment, which charges Conspiracy Against Rights, we, the Jury unanimously find the defendant,

| Defendant | Not Guilty | Guilty |
|---|---|---|
| CALVIN ZASTROW: | ___ Not Guilty | X Guilty |
| CHESTER GALLAGHER: | ___ Not Guilty | X Guilty |
| HEATHER IDONI: | ___ Not Guilty | X Guilty |
| JOEL CURRY: | ___ Not Guilty | X Guilty |
| JUSTIN PHILLIPS: | ___ Not Guilty | X Guilty |
| EVA EDL: | ___ Not Guilty | X Guilty |
| EVA ZASTROW: | ___ Not Guilty | X Guilty |

1

As to **Count Two** of the Indictment, which charges Clinic Access Obstruction, aiding and abetting (Northland Family Planning Clinic, Sterling Heights, MI), we, the Jury unanimously find the defendant,

| Defendant | Not Guilty | Guilty |
|---|---|---|
| CALVIN ZASTROW: | ___ Not Guilty | X Guilty |
| CHESTER GALLAGHER: | ___ Not Guilty | X Guilty |
| HEATHER IDONI: | ___ Not Guilty | X Guilty |
| JOEL CURRY: | ___ Not Guilty | X Guilty |
| JUSTIN PHILLIPS: | ___ Not Guilty | X Guilty |
| EVA EDL: | ___ Not Guilty | X Guilty |
| EVA ZASTROW: | ___ Not Guilty | X Guilty |

As to **Count Three** of the Indictment, which charges Clinic Access Obstruction, aiding and abetting (Women's Health Clinic, Saginaw, MI), we, the Jury unanimously find the defendant,

| Defendant | Not Guilty | Guilty |
|---|---|---|
| HEATHER IDONI: | ___ Not Guilty | X Guilty |
| EVA EDL: | ___ Not Guilty | X Guilty |

s/Jury Foreperson

**In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**

8-20-2024
Date

2