UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    v.

D-1   CALVIN ZASTROW,
D-2   CHESTER GALLAGHER,
D-3   HEATHER IDONI,
D-4   CAROLINE DAVIS
D-5   JOEL CURRY,
D-6   JUSTIN PHILLIPS,
D-7   EVA EDL, and
D-8   EVA ZASTROW,

                Defendants.
_____/

Case No. 23-cr-20100
HON. MATTHEW F. LEITMAN

## MOTION PURSUANT TO PRESIDENTIAL PARDON

On January 23, 2025, President Donald J. Trump issued an Order granting defendants C. Zastrow, Gallagher, Idoni, Davis, Curry, Phillips, Edl, and E. Zastrow full and unconditional pardons for their convictions in this matter. Attachment A. Accordingly, for defendants C. Zastrow, Gallagher, Idoni, Curry, Phillips, Edl, and E. Zastrow, the Government moves this Court to vacate their convictions and dismiss the charges against them with prejudice.

Because defendant Davis's conviction is final, Rule 48(a) cannot apply. *See United States v. Burdeau*, 168 F.3d 352, 359 (9th Cir. 1999). However, based on the President's Order, the Government submits that defendant Davis's conviction

1

is null and void as a matter of law. Accordingly, the Government moves this Court to terminate all conditions of probation for defendant Davis.

On February 4, 2025, pursuant to Local Rule 7.1, the Government sought concurrence from defense counsel. Counsel for Caroline Davis, Joel Curry, Justin Phillips, and Eva Edl consent to the motion. Defendant Chester Gallagher does not consent and plans to file a response in opposition to the motion. Defendant Heather Idoni indicated that she neither consents nor will she oppose the motion. No response was received from counsel for defendants Calvin Zastrow and Eva Zastrow.

*(signatures on following page)*

                                      Respectfully Submitted,

                                      JULIE A. BECK
                                      Acting United States Attorney

Laura-Kate Bernstein                     Frances Lee Carlson
Trial Attorney                              Assistant United States Attorney
Civil Rights Division, USDOJ         211 West Fort Street, Suite 2001
950 Pennsylvania Ave. NW            Detroit, Michigan 48226-3211
Washington, DC 20530                (313) 226-9696
(202) 598-3519                          frances.carlson@usdoj.gov
Laura-Kate.Bernstein2@usdoj.gov

                                      Sunita Doddamani
                                      Assistant United States Attorney
                                      211 West Fort Street, Suite 2001
                                      Detroit, Michigan 48226-3211
                                      (313) 226-9573
                                      sunita.doddamani@usdoj.gov

Dated: February 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and sent a copy of the foregoing document to the following non-ECF participants via email: **Heather Idoni** (heather@familyclassroom.net) and **Chester Gallagher** (chetgallagher@gmail.com).

Frances Lee Carlson
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9696
frances.carlson@usdoj.gov

1